**DISMISS; and Opinion Filed December 16, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00837-CR

**TYLER RAY ROBERTS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82576-2013**

## MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Stoddart

We reinstate this appeal. On December 7, 2016, we abated this appeal for a hearing and findings on why appellant's brief had not been filed. On December 14, 2016, appellant filed a motion to dismiss his appeal. Because findings are no longer necessary, we vacate that portion of our December 7 order requiring a hearing and findings.

Appellant has signed the motion to dismiss, and appellant's counsel has approved it. The Court grants the motion and orders this appeal be dismissed and the decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

160837F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TYLER RAY ROBERTS, Appellant

No. 05-16-00837-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 416th Judicial District Court, Collin County, Texas.
Trial Court Cause No. 416-82576-2013.
Opinion delivered by Justice Fillmore, Justices Francis and Stoddart participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered this 16th day of December, 2016.